# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS,<br><br>Petitioner,<br><br>v.<br><br>THE DAVIDIAN SEVENTH-DAY ADVENTIST ASSOCIATION,<br><br>Respondent. | Case No.  1:25-mc-00007-SAB<br><br>ORDER SETTING HEARING ON MOTION FOR PROTECTIVE ORDER FOR MARCH 12, 2025<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF No. 1) |

On January 28, 2025, General Conference Corporation of Seventh-Day Adventists ("Petitioner") filed a motion for protective order pursuant to Fed. R. Civ. P. 26(c) preventing The Davidian Seventh-Day Adventist Association ("Respondent") from taking the deposition of Secrets Unsealed ("Third Party"), or in the alternative, limiting the scope and time of any such deposition. (ECF No. 1.)  On January 30, 2025, Petitioner filed a proposed order, which proposed that the hearing be set for March 12, 2025.  (ECF No. 5.)  On January 31, 2025, Petitioner filed proof of service that the proposed order was served via mail.  (ECF No. 6.) However, the proof of service does not state which party—Respondent and/or Third party—the order was served upon.  Accordingly, the Court issues this order setting the hearing for March 12, 2025 and setting a modified briefing schedule.  Any requests for extensions of time or modifications to the briefing schedule must be supported by good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on the motion for protective order (ECF No. 1) is SET for **March 12, 2025 at 10:00 a.m. in Courtroom 9**;
2. Opposition(s), if any, to the motion for protective order (ECF No. 1.) SHALL be filed no later than **February 19, 2025**;
3. Any reply brief(s) SHALL be filed no later than **February 26, 2025**;
4. Petitioner SHALL serve a copy of this order on Secrets Unsealed and file proof of service **within three (3) days** of completing service.

IT IS SO ORDERED.

Dated: **February 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2