# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS,<br><br>Movant,<br><br>v.<br><br>THE DAVIDIAN SEVENTH-DAY ADVENTIST ASSOCIATION,<br><br>Respondent. | Case No. 1:25-mc-00007-SAB<br><br>ORDER GRANTING THEODORE J. CHIACCHIO *PRO HAC VICE* APPLICATION<br><br>(ECF No. 7) |

Before the Court is the application of Theodore J. Chiacchio, attorney for Respondent The Davidian Seventh-day Adventist Association, for admission to practice *pro hac vice*. L.R. 180(b)(2). Having reviewed the application, Theodore J. Chiacchio's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **February 10, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge

1