# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS,<br><br>Petitioner,<br><br>v.<br><br>THE DAVIDIAN SEVENTH-DAY ADVENTIST ASSOCIATION,<br><br>Respondent. | Case No. 1:25-mc-00007-SAB<br><br>ORDER GRANTING S. LLOYD SMITH *PRO HAC VICE* APPLICATION<br><br>(ECF No. 10) |

Before the Court is the application of S. Lloyd Smith, attorney for Petitioner General Conference Corporation of Seventh-Day Adventists, for admission to practice *pro hac vice*. L.R. 180(b)(2). Having reviewed the application, S. Lloyd Smith's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **February 19, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1