# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS,<br><br>             Petitioner,<br><br>    v.<br><br>THE DAVIDIAN SEVENTH-DAY ADVENTIST ASSOCIATION,<br><br>             Respondent. | Case No.  1:25-mc-00007-SAB<br><br>ORDER GRANTING BRYCE MAYNARD *PRO HAC VICE* APPLICATION<br><br>(ECF No. 14) |

     Before the Court is the application of Bryce Maynard, attorney for Petitioner General Conference Corporation of Seventh-Day Adventists, for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Having reviewed the application, Bryce Maynard's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   __**February 21, 2025**__

                     STANLEY A. BOONE
                     United States Magistrate Judge