# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS,<br><br>Petitioner,<br><br>v.<br><br>THE DAVIDIAN SEVENTH-DAY ADVENTIST ASSOCIATION,<br><br>Respondent. | Case No. 1:25-mc-00007-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE MISCELLANEOUS DISCOVERY ACTION |

On January 28, 2025, Petitioner General Conference Corporation of Seventh-day Adventists' filed a motion for protective order pursuant to Fed. R. Civ. P. 26(c) to prevent Respondent The Davidian Seventh-Day Adventist Association from taking the deposition of Secrets Unsealed, or in the alternative, limiting the scope and time of such deposition. (ECF No. 1.) The Court held a hearing in this discovery matter on March 12, 2025. (ECF No. 20.) On March 17, 2025, the Court issued an order denying Corporation's motion for protective order and ordering that the deposition of Secrets Unsealed's Rule 30(b)(6) witness take place within thirty (30) days. (ECF No. 21.) The Court retained jurisdiction over the matter for the limited purpose of addressing any issues related to the deposition. The Court noted that if the parties failed to request further resolution of any discovery dispute within thirty days, the Court would direct the

Clerk of Court to close this miscellaneous discovery action. (Id. at 12.)  The deadline to conduct the deposition was April 16, 2025 and no related discovery motion has been filed.  The Court therefore finds it appropriate to close this action.

Accordingly, the Clerk of Court is DIRECTED to CLOSE this miscellaneous discovery action.

IT IS SO ORDERED.

Dated:   **April 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2